**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1253**

SINCLAIR L. JOHNSON,

        Plaintiff - Appellant,

    v.

COUNTRYWIDE HOME LOANS, INC.; THE BANK OF NEW YORK MELLON;
DOES, I-X,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.    Mark S. Davis, District
Judge.  (2:15-cv-00513-MSD-RJK)

Submitted:  September 29, 2016       Decided:  October 3, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirming by unpublished per curiam opinion.

Sinclair L. Johnson, Appellant Pro Se.   Ryan Van Patten
Dougherty, MCGUIREWOODS, LLP, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sinclair L. Johnson appeals the district court's orders granting Defendants' motion to dismiss and dismissing his civil complaint in its entirety. We have reviewed the record and the arguments presented on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Countrywide Home Loans, No. 2:15-cv-00513-MSD-RJK (E.D. Va. Jan. 26, 2016, & Feb. 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2